**Bobby HAZEL, Plaintiff–Appellant,**

v.

**Harley G. LAPPIN, Director, United States Bureau of Prisons; Joe Driver; Captain Boyles, Administrator; Jorges Vazquez, Doctor, Defendants–Appellees.**

No. 10–6202.

United States Court of Appeals, Fourth Circuit.

Submitted: May 20, 2010.

Decided: May 28, 2010.

Bobby Hazel, Appellant Pro Se. Rita R. Valdrini, Assistant United States Attorney, Wheeling, West Virginia, for Appellees.

Before WILKINSON, NIEMEYER, and DAVIS, Circuit Judges.

*See Domino Sugar Corp. v. Sugar Workers Local Union 392,* 10 F.3d 1064, 1066–67 (1993).

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bobby Hazel appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Hazel v. Lappin*, No. 2:09–cv–00070–REM, 2010 WL 56034 (N.D.W.Va. Jan. 6, 2010). We deny Hazel's motion for a stay. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*